IN THE UNITED STATES DISTRICT COURT   O
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| THOMAS H. CHAPMAN, JR., M.D., <br> JULIO C. MOLINA, M.D., <br> SUKLESH DANDONA, M.D., <br> BENNIE HADAWAY, BESSIE <br> ROSENBAUM, and RICHARD WEST, <br><br> Plaintiffs, <br><br> v. <br><br> PACIFICARE OF TEXAS, INC., <br> PACIFICARE HEALTH SYSTEMS, <br> INC., and PRIMARY MEDICAL <br> CARE, INC., <br><br> Defendants. | § § § § § § § § § § § § § § § § § | CIVIL ACTION NO. H-02-2188 |

**FINAL JUDGMENT**

For the reasons set forth in the Memoranda and Orders entered August 22, 2002, April 17, 2003, October 23, 2003, and the separate Memorandum and Order signed this day, it is

ORDERED and ADJUDGED that Plaintiffs Thomas H. Chpaman, Jr., M.D., Julio C. Molina, M.D., Suklesh Dandona, M.D., Bennie Hadaway, Bessie Rosenbaum, and Richard West shall take nothing against Defendants PacifiCare of Texas, Inc., PacifiCare Health Systems, Inc., and Defendant Primary Medical Care, Inc., and Plaintiffs' case is DISMISSED on the merits.[1]

---

[1] Excepted from this Judgment, however, are Physician Plaintiffs' claims against Defendant Primary Medical Care, Inc.,

This is a **FINAL JUDGMENT**.

The Clerk will enter this Order, providing a correct copy to all counsel of record.

SIGNED at Houston, Texas, on this 18TH day of April, 2005.

Ewing Werlein, Jr.
United States District Judge

---

which are in arbitration before the American Arbitration Association. This portion of the case that was ordered to arbitration is administratively DISMISSED without prejudice, with the Court reserving jurisdiction only to enforce the arbitral award, if necessary.